UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENZO GURRERA and ) <br> KIMBERLY GURRERA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> RASIER LLC, and ) <br> ENRIQUE RODARTE, ) <br> ) <br> Defendants. ) | No. 19-CV-06751 <br> Hon. Judge Virginia Kendall |

## RE-NOTICE OF MOTION

On **November 25, 2019 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia Kendall, or any Judge sitting in his stead, in Courtroom 2319, of the United States District Court Northern District of Illinois, and shall then and there present the attached Plaintiff's Unopposed Motion to Dismiss Defendants Uber Technologies, Inc and Rasier LLC pursuant to Rule 41 of the Federal Rules of Civil Procedure and to Remand the action to the Circuit Court of Cook County Illinois..

LEGALRIDESHARE               350 North LaSalle Street, Suite 750
Attorney for Plaintiff            Chicago, Illinois 60654
Attorney No.: 61415           312.670.7000

To:
Kevin M. Casey
Peterson, Johnson & Murray Chicago, LLC
200 W Adams, Suite 2125
Chicago, IL 60606

## PROOF OF SERVICE BY MAIL

I, Justyna Kubek, a non- attorney, on November 13, 2019, served this notice with attached motion by mailing a copy of the same to the above-named parties and address and deposited the same in the United States Mail at the postbox at 350 North LaSalle Street, Chicago, Illinois with proper postage prepaid at no later than 5:00 p.m.

/S/ Justyna Kubek
Justyna Kubek