

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                **312-435-5670**
Clerk


Date 11/22/19


Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Gurrera et al v. Raiser, LLC et al
USDC Case Number:  19cv6751
Circuit Court Case Number:  2019L009810


Dear Clerk:


A certified copy of an order entered on 11/22/2019 by the Honorable Virginia M. Kendall,
remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith
transmitted to you for your files.


Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ Gregory Young
      Deputy Clerk


Enclosure(s)


Rev. 10/05/2016